UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER M., <br><br>　　　Plaintiff, <br><br>　　v. <br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>　　　Defendant. | Case No. 2:22-cv-02109-MCS-KES <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 20), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 21). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

　　IT IS THEREFORE ORDERED that Judgment is entered affirming the decision of the Commissioner denying benefits.

DATED: March 29, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE