JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER M., <br><br>    Plaintiff, <br><br>    v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>    Defendant. | Case No. 2:22-cv-02109-MCS-KES <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, the decision of the Commissioner of the Social Security Administration denying benefits is affirmed. Judgment is hereby entered against Plaintiff and in favor of the Commissioner.

DATED: March 29, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE